UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No.  CR06-48-JLR-JPD |
| v. | ) |
| | ) |
| HEIDE ANN POWERS, | ) DETENTION ORDER |
| | ) |
| Defendant. | ) |
| _____ | ) |

Offenses charged:

    Counts 1 through 22: Acquiring a Controlled Substance by Deception in violation of 21 U.S.C. §§ 843(a)(3) and 843(d).

Date of Detention Hearing:   February 24, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has serious and significant drug problems.

    (2)    Defendant has committed the theft of identities to obtain drugs.

    (3)    A check of defendant's criminal background history reveals several failures to appear.

    (4)    Defendant has no stable residence.

    (5)    In the Pretrial Services Report of February 24, 2006, it is noted that defendant

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

is unable or unwilling to change her past and present conduct.

(6) Based upon the foregoing findings of the Court, there appear to be no conditions or combination of conditions other than detention that will address the risk of flight or danger to the community posed by the defendant.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of February, 2006.

_____
JAMES P. DONOHUE
United States Magistrate Judge